UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

MICHAEL J. SWEEENEY, JR.,

                  Debtor.
------------------------------------------------------------X

Index No. 17-73796 (REG)

Chapter 7

## ORDER AVOIDING JUDICIAL LIENS

**UPON** the motion (the "Motion") of Michael J. Sweeney, Jr. (the "Debtor"), the above-referenced debtor, by and through his counsel, Macco & Stern, LLP, for an order avoiding judicial liens against the Debtor's interest in the real property located at, and known as, 114 Kings Drive, Riverhead, NY 11901 (the "Real Property"); and (iii) closing the Debtor's bankruptcy case; and notice of the Motion being good and sufficient, and no further notice being necessary nor required; and no objections to the Motion having been filed or received; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the following judicial liens are vacated, expunged, and avoided as a lien of record against the Real Property:

    1.    Discover Bank, recorded with the Suffolk County Clerk on April 27, 2015, in the amount of $9,991.14

**ORDERED,** that the Suffolk County Clerk shall be directed to index and record a certified copy of this Order as an instrument vacating, expunging, and avoiding the aforementioned judicial liens as liens against the Debtor's real property located at, and known as, 114 Kings Drive, Riverhead, NY 11901; and it is further

**ORDERED**, that the Clerk of the Bankruptcy Court is directed to re-close this bankruptcy case upon the expiration of 14 days from entry of this Order.

**SO ORDERED:**

| | |
|---|---|
| **Dated: Central Islip, New York** | _____ |
| **October 25, 2018** | **Robert E. Grossman** |
| | **United States Bankruptcy Judge** |